**DISMISS and Opinion Filed August 18, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00648-CV**

**STANDARD CAPITAL, S.A., INC. AND DAVID STEPHEN INEZEDY,**
**Appellants**
**V.**
**AMERIGAS USA, LLC., Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-06538**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

On July 21, 2023, we sent a letter to the parties questioning our jurisdiction and requested jurisdictional briefing by July 31, 2023. In our letter, we warned appellants that the appeal was subject to dismissal without further notice should appellants fail to file the requested letter brief. To date, appellants have not filed the requested letter brief.

Accordingly, we dismiss this appeal.  *See* Tᴇx. R. Aᴘᴘ. P. 42.3(b)(c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

230648F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

STANDARD CAPITAL, S.A., INC.
AND DAVID STEPHEN INEZEDY,
Appellants

No. 05-23-00648-CV       V.

AMERIGAS USA, LLC., Appellee

On Appeal from the 191st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-06538.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered August 18, 2023